AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Young, William G. | 2. Court or Organization<br><br>United States District Court, District of Massachusetts | 3. Date of Report<br><br>5/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Courthouse-John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 5710
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer & Faculty Member | Boston University Law School |
| 2. Lecturer & Faculty Member | Massachusetts Continuing Legal Educ., Inc. |
| 3. Trustee | Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-May 12 | Boston University-Teaching Income | $16,900.00 |
| 2. Spring 12 | Massachusetts Continuing Legal Educ., Inc. (Teaching Income) | $1,000.00 |
| 3. Sep-Dec 12 | Massachusetts Continuing Legal Educ., Inc. (Teaching Income) | $7,500.00 |
| 4. | Thompson-West (Book Royalty) | $235.46 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PLI | 2/17 & 4/4 | New York, NY | CLE Teaching | Transportation |
| 2. | West Educ -Robins, Miller | 9/23-9/26 | St. Paul, Minn | CLE Teaching | Food, Lodging & Transportation |
| 3. | D. ME Jud. Conf. | 10/25-10/26 | Rockland, Maine | CLE Teaching | Food, Lodging & Transportation |
| 4. | Georgetown Law School | 11/2 | Washington, D.C. | CLE Teaching | Transportation |
| 5. | Conn. Bar Found | 12/4 | New Haven, Conn. | CLE Teaching | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, Needham, MA (Savings, IRA, CD's) | D | Interest | N | T | | | | | |
| 2. Dedham Savings Bank, Needham, MA (2) CD's (X) | A | Interest | K | T | | | | | |
| 3. Akamai Common Stock | | None | J | T | | | | | |
| 4. AT & T Common Stock | A | Dividend | J | T | | | | | |
| 5. Fairpoint Communications, Inc. | A | Dividend | | | Sold | 10/15/12 | J | A | |
| 6. Metlife Common Stock | A | Dividend | J | T | | | | | |
| 7. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 8. Listed below are the assets of a trust. I am the Trustee: | | | | | | | | | |
| 9. Abercrombie & Fitch | | None | | | Buy | 7/13/12 | L | | |
| 10. Abercrombie & Fitch | | None | | | Sold | 9/6/12 | L | A | |
| 11. Advanced Micron Dev. | | None | | | Sold | 8/14/12 | J | A | |
| 12. CBS | | None | | | Buy | 2/27/12 | L | | |
| 13. CBS | | None | | | Sold | 3/22/12 | L | D | |
| 14. CenturyLink | D | Dividend | M | T | | | | | |
| 15. Chesapeake Energy | | None | | | Buy | 1/27/12 | L | | |
| 16. Chesapeake Energy | | None | | | Sold | 2/24/12 | L | A | |
| 17. Clean Energy | | None | | | Buy | 6/8/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Clean Energy | | None | | | Sold | 6/29/12 | K | C | |
| 19. Conagra Foods | | None | | | Buy | 8/9/12 | K | | |
| 20. Conagra Foods | | None | | | Sold | 9/20/12 | L | C | |
| 21. Delta Airlines | | None | | | Sold | 12/13/12 | L | A | |
| 22. EQT Corp | | None | | | Buy | 1/27/12 | J | | |
| 23. EQT Corp | | None | | | Sold | 2/24/12 | L | C | |
| 24. Frontier Comm | | None | | | Buy | 6/8/12 | J | | |
| 25. Frontier Comm | | None | | | Sold | 7/13/12 | K | B | |
| 26. Ford Motor Co | B | Dividend | K | T | Buy | 12/13/12 | K | | |
| 27. Ford Motor Co | B | Dividend | K | T | Buy | 12/26/12 | K | | |
| 28. Hewlett Packard | | None | | | Buy | 7/20/12 | L | | |
| 29. Hewlett Packard | | None | | | Sold | 10/4/12 | K | A | |
| 30. ING Groep | B | Dividend | K | T | | | | | |
| 31. Intel Corp | | None | K | T | Buy | 9/20/12 | K | | |
| 32. Intel Corp | | None | K | T | Buy | 10/23/12 | K | | |
| 33. Intel Corp | | None | K | T | Buy | 11/1/12 | | | |
| 34. Eli Lilly | | None | | | Buy | 5/23/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eli Lilly | | None | | | Sold | 9/18/12 | M | D | |
| 36. Marathon Oil | | None | | | Buy | 8/9/12 | L | | |
| 37. Marathon Oil | | None | | | Sold | 9/18/12 | L | D | |
| 38. Nokia | | None | | | Sold | 3/22/12 | J | A | |
| 39. New Gold | | None | | | Buy | 6/4/12 | K | | |
| 40. New Gold | | None | | | Sold | 6/6/12 | K | B | |
| 41. Peabody Energy | | None | | | Buy | 9/18/12 | M | | |
| 42. Peabody Energy | | None | | | Sold | 10/17/12 | M | C | |
| 43. Pepsico | | None | | | Buy | 1/20/12 | L | | |
| 44. Pepsico | | None | | | Sold | 5/17/12 | M | C | |
| 45. Sociedad Q&M Chile | | None | | | Buy | 7/20/12 | L | | |
| 46. Sociedad Q&M Chile | | None | | | Sold | 8/29/12 | L | B | |
| 47. Southwest Airlines | | None | | | Buy | 2/29/12 | K | | |
| 48. Southwest Airlines | | None | | | Sold | 3/12/12 | K | A | |
| 49. Vodaphone | | None | | | Sold | 8/9/12 | M | D | |
| 50. Metropolitan Transit | D | Interest | M | T | Buy | 8/31/12 | M | | |
| 51. NY State Dorm Authority | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NY State Local C Govt Authority | C | Interest | M | T | | | | | |
| 53. NY City WTR Fin Authority | A | Interest | | | Sold | 6/15/12 | L | A | |
| 54. Triborough Bridge & TNL Auty | A | Interest | L | T | Buy | 6/12/12 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William G. Yo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544